IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE MORALES, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:08CV88** |
| | ) | |
| and | ) | |
| | ) | |
| **GABRIEL SANCHEZ CLAUDIO, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:08CV161** |
| | ) | |
| vs. | ) | |
| | ) | |
| **GREATER OMAHA PACKING COMPANY, INC.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Joint Motion for Appointment of Lead Counsel (Filing No. 25 in case number 8:08CV88, and Filing No. 67 in case number 8:08CV161). Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Joint Motion for Appointment of Lead Counsel (Filing No. 25 in case number 8:08CV88, and Filing No. 67 in case number 8:08CV161) is granted.

2. Brian McCafferty, of Kenney Egan McCafferty & Young and Michael Hamilton, of Provost Umphrey Law Firm are hereby appointed lead counsel for the plaintiffs in this consolidated case.

DATED this 23rd day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States District Judge