IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MORALES, et al., | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| and | ) | |
| GABRIEL SANCHEZ CLAUDIO, et al., | ) | |
| Plaintiffs, | ) | 8:08CV161 |
| vs. | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for leave to file a sur-reply brief in response to the defendants' motion to dismiss, Filing No. 120 in 8:08CV161 and Filing No. 88 in 8:08CV88. The defendant has not opposed the motion. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The plaintiffs' motions for leave to file a sur-reply brief (Filing No. 120 in 8:08CV161 and Filing No. 88 in 8:08CV88) are granted.
2. The plaintiffs shall file sur-reply briefs on or before June 11, 2009.
3. Defendant's response, if any, shall be filed on or before June 16, 2009.

DATED this 9th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge