# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MORALES, et al., | ) | 8:08CV88 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | 8:08CV161 |
| GABRIEL SANCHEZ CLAUDIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER OMAHA PACKING, CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' motion regarding their Joint Proposed Court Ordered Notice Form (Filing No. 104). The parties filed the proposed notice form with the motion (Filing No. 105, Ex. A). The court has reviewed the parties' submissions and finds the joint motion should be granted. Upon consideration,

**IT IS ORDERED**:

1. The parties' motion regarding their Joint Proposed Court Ordered Notice Form (Filing No. 104) is granted.

2. The plaintiffs may mail Notice Form (Filing No. 105, Ex. A) to all potential opt-in class members.

DATED this 29th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge