# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE MORALES, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| | ) | |
| and | ) | |
| | ) | |
| **GABRIEL SANCHEZ CLAUDIO, et al.,** | ) | 8:08CV161 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **GREATER OMAHA PACKING CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court following a telephone conference with counsel on August 4, 2009. The defendants having moved again for dismissal and decertification, the final progression of this matter will be held in abeyance pending the resolution of the motion to dismiss (Filing No. 108 in 8:08CV88). The undersigned magistrate judge will hold a telephone planning conference with counsel within ten (10) business days after the resolution of the pending motion to dismiss. **Plaintiff's counsel shall arrange and initiate the call.**

**IT IS SO ORDERED.**

DATED this 5th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge