IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MORALES, et al., | ) | 8:08CV88 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Pursuant to 28 U.S.C. § 636, the court has determined that the motion to dismiss in this case, Filing No. 108, should be referred to the magistrate judge for a report and recommendation. Accordingly,

IT IS ORDERED that defendant's motion to dismiss, Filing No. 108, is referred to the magistrate judge for a report and recommendation.

DATED this 4th day of November, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge