IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE MORALES, et al., ) | 8:08CV88 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GREATER OMAHA PACKING ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. Pursuant to 28 U.S.C. § 636, the court previously determined that the motion to dismiss in this case, Filing No. 108, should be referred to the magistrate judge for a report and recommendation. Filing No. 133. The court has now concluded that it will decide the motion to dismiss. Accordingly,

IT IS ORDERED that the court's referral in this case, Filing No. 133, is withdrawn and the motion to dismiss, Filing No. 108, will be decided by this court.

DATED this 26th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge