IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MORALES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| | ) | |
| and | ) | |
| | ) | |
| GABRIEL SANCHEZ CLAUDIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV161 |
| | ) | |
| vs. | ) | |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A **telephone** planning conference with the undersigned magistrate judge will be held **February 9, 2010, at 9:30 a.m. Central Standard Time**. Plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge