# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE MORALES, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| and | ) | |
| **GABRIEL SANCHEZ CLAUDIO, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV161 |
| vs. | ) | |
| **GREATER OMAHA PACKING COMPANY, INC.,** | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the parties' motion for court approval of their Joint Proposed Combined FLSA and Rule 23 Class Notice Form (Filing No. 150). The parties filed the proposed notice form with the motion (Filing No. 151, Ex. A). The court has reviewed the parties' submissions and finds the joint motion should be granted. Upon consideration,

**IT IS ORDERED:**

1. The parties' motion for court approval of their Joint Proposed Combined FLSA and Rule 23 Class Notice Form (Filing No. 150) is granted.

2. The plaintiffs may mail Notice Form (Filing No. 151, Ex. A) to all potential FLSA and Rule 23 class members.

DATED this 26th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States District Judge