IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSE MORALES, et al.,                    )
                                         )
            Plaintiffs,                  )          8:08CV88
                                         )
      and                                )
                                         )
GABRIEL SANCHEZ CLAUDIO, et al.,         )
                                         )
            Plaintiffs,                  )          8:08CV161
                                         )
      vs.                                )
                                         )
GREATER OMAHA PACKING                    )          **MEMORANDUM AND ORDER**
COMPANY, INC.,                           )
                                         )
            Defendant.                   )

      This matter is before the court on defendant's motion to dismiss with prejudice (1) Claudio and Figueroa as Party-Plaintiffs in this case; (2) Claudio and Figueroa as class representatives for the Rule 23 class; (3) Rosales as an Opt-In Plaintiff in this case; and (3) all of the Federal Labor Standards Act claims asserted by Claudio, Figueroa, and Rosales in this lawsuit against defendant under Fed. R. Civ. P. 41(b), with each party to bear its own costs.  Filing No. 152.   There has been no opposition to this motion, and the court notes that defendant's counsel represents that plaintiffs' counsel has no objection to this motion.

      IT IS ORDERED that defendant's motion to dismiss, Filing No. 152,  is granted as follows:  (1) Claudio and Figueroa as Party-Plaintiffs in this case; (2) Claudio and Figueroa as class representatives for the Rule 23 class; (3) Rosales as an Opt-In Plaintiff in this case; and (3) all of the Federal Labor Standards Act claims asserted by Claudio, Figueroa,

and Rosales in this lawsuit against defendant are all dismissed with prejudice pursuant to

Fed. R. Civ. P. 41(b), with each party to bear its own costs.

DATED this 22nd day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.