# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE MORALES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| | ) | |
| and | ) | |
| | ) | |
| GABRIEL SANCHEZ CLAUDIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV161 |
| | ) | |
| vs. | ) | |
| | ) | |
| GREATER OMAHA PACKING | ) | SECOND AMENDED ORDER |
| COMPANY, INC., | ) | SETTING FINAL SCHEDULE |
| | ) | FOR PROGRESSION OF CASE |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Continue Trial Date (Filing No. 220).  The court held a telephone conference with counsel for the parties on August 8, 2011.  Pursuant to the discussion with counsel, the December 6, 2010, orders related to the trial setting are amended as set forth below.

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Trial Date (Filing No. 220) is granted.

2. **On or before December 1, 2011**, pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version, as applicable, with a list of all exhibits it expects to offer at trial, other than the exhibits to be used solely for impeachment purposes, by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

3. Any motions *in limine* shall be filed **on or before December 8, 2011**.

4. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **December 13, 2011, at 2:00 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior

to the pretrial conference, all items as directed in NECivR 16.2.[1]  By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin immediately thereafter.  The pretrial conference will include a discussion of settlement, and counsel shall be prepared through investigation, discovery and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement, offers made, and offers which can be made at the conference.  Counsel shall be prepared to make additional offers or proposals for settlement in behalf of their clients at the pretrial conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences.

5. **Trial** is set to commence, at the court's call, during the week of **January 17, 2012**, in Omaha, Nebraska, before a jury.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

DATED this 11th day of August, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] All personal information should be redacted from the public version of the order and/or attachments filed with the clerk. **See** NECivR 5.0.3.